IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MICHAEL RAY COFFEY, | : | |
| a.k.a RANDALL CHARLES | : | |
| SANDERS (GDC ID: 1000090655), | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | CASE NO: 5:12-CV-384-CAR-MSH |
| | : | |
| STEPHANIE DANIELS, et. al. | : | |
| | : | |
| Defendants. | : | PROCEEDINGS UNDER 42 U.S.C. § 1983 |
| | : | BEFORE THE U.S. MAGISTRATE JUDGE |

## ORDER ON MOTIONS

Plaintiff Michael Ray Coffey, an inmate currently confined at the Georgia Diagnostic and Classification Prison ("GDCP") has filed multiple motions for the appointment of counsel (ECF No. 2, 6, 18, 23, & 32) *and* what appears to be a motion for reconsideration (ECF No. 26 & 27).

Plaintiff's requests for legal assistance are premature. The Court cannot properly evaluate Plaintiff's need for counsel until it has an opportunity to review the responsive pleadings. Of course, if becomes apparent, at some point later in these proceedings, that counsel should be appointed in this case, the Court will entertain a renewed motion. *See Poole v. Lambert*, 819 F.2d 1025 (11th Cir. 1987). Until then, any request for court-appointed counsel will be **DENIED**.

Plaintiff's apparent motion for reconsideration is also **DENIED**. In his motion, Plaintiff asks this Court to reconsider Judge Clarence Cooper's prior Order dismissing the

Cherokee County Sheriff's Department from this case (*see* Order, N.D. Ga. Sept. 25, 2012 (ECF No. 19)). A county sheriff's department is not a legal entity that may be sued under § 1983. *See Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir. 1992). In fact, for this reason, the undersigned also recommended that Cherokee County Sheriff's Office be dismissed from this case to the extent Plaintiff sought to re-add it as a party in his Amendment (ECF No. 34).

    SO ORDERED, this 10th day of January, 2013.

                                              S/ Stephen Hyles
                                              UNITED STATES MAGISTRATE JUDGE